LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

January 29, 2025

Hon. Dale E. Ho  
United States District Court  
40 Centre l Street  
New York, N.Y. 10007  
*via ECF*

Re: United States v. Alfonso Garcia,  
25 Cr. 17 (DEH)

Your Honor,

    I write to request a week's extension of time to satisfy Mr. Garcia's bond. He was released on a fifty thousand dollar ($50,000.00) bond that is to be signed by two financially responsible suretors, with additional conditions of home detention with electronic monitoring, surrender of passport and travel restrictions. Mr. Garcia has been fitted with a monitor, is adhering to the home detention rules, and his passport has been surrendered. The cosigners were to sign by tomorrow January 30, 2025, but Mr. Garcia needs the additional time to complete that portion of his bond.

    The government, by Benjamin Burkett, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____  
HON DALE E. HO  
UNITED STATES DISTRICT JUDGE  
Dated: January 30, 2025  
New York, New York

**Application GRANTED.** The Court extends time until February 6, 2025, for Mr. Garcia to satisfy his portion of his bond. The Clerk of Court is respectfully requested to close ECF No. 20.