LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 24, 2025

Hon. Dale E. Ho
United States District Court
40 Centre Street
New York, N.Y. 10007
*via ECF*

                    Re: United States v. Alfonso Garcia,
                            25 Cr. 17 (DEH)

Your Honor,

      I write to seek Court permission for co-counsel Yusuf El Ashmawy, Esq., to stand in for my client Alfonso Garcia at the March 28, 2025 conference. I am recovering from an injury an unable to make it to court. Mr. El Ashmawy has gracious agreed to appear and I have discussed the matter with Mr. Garcia who consents to having Mr. El Ashmawy cover for me.

                                      Respectfully,

                                        *Lisa Scolari*
                                        Lisa Scolari

Application **GRANTED.** The Clerk of Court is respectfully requested to closed ECF No. 34.

SO ORDERED:

*/s/ Dale E. Ho*
_____
HON DALE E. HO
United States District Judge
Dated: March 24, 2025
New York, New York