

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 13, 2026

Hon. Dale E. Ho
United States District Court
40 Centre l Street
New York, N.Y. 10007
*via ECF*

Application **GRANTED**.  Defendant's sentencing submission shall be due by February 15, 2026.  The Clerk of Court is respectfully directed to close ECF No. 86.  **SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: February 13, 2026
New York, New York

Re: United States v. Alfonso Garcia,
25 Cr. 17 (DEH)

Your Honor,

    I write to request a two day extension of time, to February 15, 2026,  to file the defense sentencing submission in this case. Mr. Garcia is scheduled to be sentenced on February 27, 2026 and according to this Court's rules, the defense submission is due today. The government, by Benjamin Burkett, Esq., consents to this application. Therefore, I request an extension of time to file Mr. Garcia's sentencing submission to February 15, 2026.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
HON DALE E. HO