UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ALFONSO GARCIA, <br>    a/k/a "Shorty," <br><br>                  Defendant. |

25-CR-17-3 (DEH)

ORDER

DALE E. HO, United States District Judge:

On March 11, 2026, the Court received a memo from the Probation Office which contains privileged information.  The Court will maintain this memo under seal and email a copy to Mr. Garcia's attorney.

IT IS HEREBY ORDERED that defense counsel shall file a letter under seal in response to the Probation Office's memo by Friday, March 13, 2026.

SO ORDERED.

Dated: March 11, 2026
      New York, New York

_____
      DALE E. HO
    United States District Judge